UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **CV 22-8593-MWF(ASx)**                                    Date: February 21, 2023

Title  **Nansie Douglas, et al. v. Music 88, Inc., et al.**

Present: The Honorable:  MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on November 23, 2022.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint expires on February 21, 2023.  Plaintiffs have filed Proofs of Service of the Summons and Complaint as to Defendants Music 88, Inc., and Gloria Clark, individually and as Executor of the Estate of Peter Clark.  (Docket Nos. 13-15).  No Proof of Service has been filed as to Defendant CD Baby, Inc.

The Court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **MARCH 7, 2023**.

- BY PLAINTIFFS:  PROOF OF SERVICE of Summons and Complaint on Defendant CD Baby, Inc.

    AND/OR

- BY DEFENDANTS:  RESPONSES TO THE COMPLAINT.  The parties may also file stipulations to extend the time within which Defendants must respond to the Complaint.

    OR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-8593-MWF(ASx)**                                                          Date:  February 21, 2023

Title         **Nansie Douglas, et al. v. Music 88, Inc., et al.**

■ BY PLAINTIFFS:  APPLICATIONS FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **March 7, 2023** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm