RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
DICKENSON, PEATMAN & FOGARTY, P.C.
1500 First Street, Suite 200
Napa, CA 94559
Telephone: 707-261-7000
Facsimile:  707-340-7239
Email:        ridell@dpf-law.com
                  osandel@dpf-law.com

Attorneys for *Defendant Audio & Visual Labs, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANSIE DOUGLAS, an individual; JOHN DOUGLAS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MUSIC 88, INC., a California corporation; CD BABY, INC., an Oregon corporation; GLORIA CLARK, an individual; GLORIA CLARK, as Executor of the Estate of Decedent Peter Clark; AUDIO AND VIDEO LABS, INC., a New Jersey corporation; and DOES 2 through 10, inclusive, <br><br> Defendants. | Case No. 2:22-cv-08593-MWF-AS <br><br> STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS <br><br> (L.R. 8-3) <br><br> Complaint served: March 16, 2023 <br><br> Current response date: April 20, 2023 <br><br> New response date: May 4, 2023 <br><br> Hon. Michael W. Fitzgerald, Presiding |

COME NOW Defendant Audio & Video Labs, Inc.'s ("AVL" or "Defendant"), on the one hand, and Plaintiffs Nansie Douglas and John Douglas ("Plaintiffs"), on the other hand, by and through their respective counsel, and hereby stipulate as follows:

1. Plaintiffs' Complaint was served on Defendant on March 16, 2023.
2. The original date for Defendant's response to Plaintiff's Complaint was April 6, 2023.

3. By stipulation of the parties filed with the Court on April 4, 2023, Docket No. 33, the date for Defendant to file and serve its response to Plaintiffs' Complaint was extended by two (2) weeks (14 days), to April 20, 2023.

4. Defendant shall have an additional two (2) weeks (14 days) to file and serve its response to Plaintiffs' Complaint.

5. The new date for Defendant's response to Plaintiff's Complaint shall be May 4, 2023.

6. There has been one previous 14-day extension of time for Defendant to respond to Plaintiff's Complaint, as set forth above.

7. The extension of time granted herein does not extend the time for more than a cumulative total of thirty (30) days from the date the response initially would have been due, and, pursuant to Local Rule 8-3, this stipulation therefore need not be approved by the judge.

SO STIPULATED.

DICKENSON PEATMAN & FOGARTY P.C.

Dated: April 14, 2023        By:    /s/ Richard J. Idell
                                    Richard J. Idell (SBN 069033)
                                    *Attorneys for Defendant Audio and Video Labs, Inc.*

FOLEY BEZEK BEHLE & CURTIS, LLP

Dated: April 14, 2023        By:    /s/ Roger N. Behle, Jr.
                                    Roger N. Behle, Jr. (SBN 174755)
                                    *Attorneys for Plaintiffs Nansie Douglas and John Douglas*

### ATTESTATION

Pursuant to Local Rule 5-4.3.4 (2)(i), the undersigned filer attests that all other signatories listed, and on whose behalf the filing is submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

| | | | |
|---|---|---|---|
| 1 | | | DICKENSON PEATMAN & FOGARTY P.C. |
| 2 | Dated: April 14, 2023 | By: | /s/ Richard J. Idell |
| 3 | | | Richard J. Idell (SBN 069033) |
| | | | *Attorneys for Defendant Audio and Video* |
| 4 | | | *Labs, Inc.* |