UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-8593-MWF(ASx)**                                    Date:  March 12, 2024

Title      **Nansie Douglas, et al. v. Music 88, Inc., et al.**

Present:  The Honorable:      MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On February 13, 2024, the Court vacated the Final Pretrial Conference and hearing on Plaintiff's Motion in Limine, set for February 26, 2024, and the Jury Trial set for March 12, 2024.  (Order, Docket No. 68).  The parties were ordered to file a stipulation and proposed order with their desired proposed dates, or to proceed before a Magistrate Judge, no later than March 1, 2024.  (*Id.*)

On March 1, 2024, the parties filed a Stipulation to Continue Trial Date (the "Stipulation").  (Docket No. 69).  The Court then filed an Order advising the parties that they had not filed Witness Lists that comply with the Court's Order Re Jury Trial.  (Order, Docket No. 70).  The parties were referred to the Order Re Jury Trial (Docket No. 32), paragraph II(A)(4) regarding witness lists.  The Court stated that it cannot set a new trial date without the additional information required in the parties' witness lists, and ordered the parties to file a Joint Witness List or updated separate Witness Lists no later than March 7, 2024.

On March 7, 2024, Plaintiffs filed an Amended Witness List ("Plaintiffs' Witness List").  (Docket No. 71).  Plaintiffs' Witness List includes the time estimate for direct testimony of their witnesses; however, no time estimates for cross-examination were included because Plaintiffs state that they never received input from Defendants.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 22-8593-MWF(ASx)**                                    Date:  March 12, 2024

Title          **Nansie Douglas, et al. v. Music 88, Inc., et al.**

Defendants have not filed an updated Witness List.

The Court **ORDERS** Defendants to **SHOW CAUSE**, in writing, no later than **MARCH 22, 2024,** why the Court should not strike Defendant Gloria Clark's and Defendant Music 88, Inc.'s Answers to Second Amended Complaint (Docket Nos. 51 and 52), and enter default as to those Defendants.  In response to this Order to Show Cause ("OSC"), the Court will accept Defendants' written response and an updated JOINT Witness List, to be prepared and filed by Defendants after conferring with Plaintiffs.  The Joint Witness List must comply with the requirements set forth in the Order Re Jury Trial.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **MARCH 22, 2024**, will result in the sanctions set forth above.

IT IS SO ORDERED.