Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANSIE DOUGLAS, an individual; JOHN DOUGLAS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MUSIC 88, INC., a California corporation; CD BABY, INC., an Oregon corporation; GLORIA CLARK, an individual; GLORIA CLARK, as Executor of the Estate of Decedent Peter Clark; AUDIO AND VIDEO LABS, INC., a New Jersey corporation; MUSIC 88, a business entity form unknown; and DOES 3 through 10, inclusive,<br><br>Defendants. | No. 2:22-cv-08593-MWF-AS<br><br>**JUDGMENT** |

On August 5, 2025, the Court issued the Order Granting Ex Parte Application (Docket No. 108), finding that Plaintiffs Nansie Douglas and John Douglas are entitled to judgment in their favor because Defendants Gloria Clark and Music 88, Inc. have not complied with the terms of the Settlement Agreement and the Court's Order Granting Plaintiffs' Motion to Enforce Settlement Agreement (Docket No. 104).

Pursuant to the Order Granting Ex Parte Application, and pursuant to Rule 54 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. Judgment is entered in favor of Plaintiffs Nansie Douglas and John Douglas and against Defendants Music 88, Inc. and Gloria Clark.

2. Plaintiffs Nansie Douglas and John Douglas are awarded **$75,000** from Defendants Music 88, Inc. and Gloria Clark.

3. Plaintiffs Nansie Douglas and John Douglas shall recover their costs as provided by law.

DATED: August 6, 2025

MICHAEL W. FITZGERALD
United States District Judge