**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NANSIE DOUGLAS, an individual; JOHN DOUGLAS, an individual,

Plaintiffs,

vs.

MUSIC 88, INC., a California corporation; CD BABY, INC., an Oregon corporation; GLORIA CLARK, an individual; GLORIA CLARK, as Executor of the Estate of Decedent Peter Clark; AUDIO AND VIDEO LABS, INC., a New Jersey corporation; MUSIC 88, a business entity form unknown; and DOES 3 through 10, inclusive,

Defendants.

Case No. 2:22-cv-08593-MWF(ASx)
[Hon. Michael W. Fitzgerald]

**FIRST AMENDED JUDGMENT**

Pursuant to the Court's granting of Plaintiffs' Application to Tax Costs in the amount of $6,850.53, entered on February 5, 2026, IT IS ORDERED, ADJUDGED and DECREED that judgment shall be amended in favor of Plaintiffs Nansie Douglas and John Douglas and against Defendants Gloria Clark and Music 88 in the amount of $6,850.53, and shall further reflect that Defendants Gloria Clark and Music 88 have paid the principal amount of $75,000.00, as set forth in the original judgment.

**IT IS SO ORDERED.**

Dated: August 3, 2026

MICHAEL W. FITZGERALD
United States District Judge